AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
District of Puerto Rico

|  |  |  |
|---|---|---|
| U.S.A. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    3:26-CR-00281-01 (ADC) |
| GIAN C. PIOVANETTI | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Gian C. Piovanetti

Date: _____07/09/2026_____

_____
*Attorney's signature*

Peter Díaz, Esq.  215104
*Printed name and bar number*

623 Ponce de Leon Ave Suite 201
San Juan, P.R. 00917
*Address*
pdiaz.notifications@gmail.com
*E-mail address*

787·414·3254
*Telephone number*

_____
*FAX number*